**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| PAULA JOHNSON, | ) | |
| | ) | **Case No. 3:26-cv-384-JPG** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| TRAVELERS PROPERTY CASUALTY | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | | |

**AUTOMATIC MEDIATION REFERRAL ORDER**

**GILBERT, District Judge:**

The above captioned action has been identified as a Non-Exempt Civil Case subject to automatic referral into the Court's Mediation Program.[1] Counsel are **DIRECTED** to review the Court's Mediation Plan, which is available at: https://www.ilsd.uscourts.gov/mediation-program.

**Please note the following:**

- Counsel shall confer about the Mediation Program and shall attempt to agree upon a mediator as part of their discussion of "the possibilities for promptly settling or resolving the case" pursuant to Fed. R. Civ. P. 26(f).

- Unless otherwise ordered, the following mediation deadlines shall apply:

  o The parties shall have **28 days** from the date they submit the Joint Report and Proposed Scheduling and Discovery Order via email to Judge Gilbert in which to select a mediator and file a stipulation with the Court regarding their selection.

  o The **two-hour mediation session** shall be completed no later than **30 days** before the discovery cut-off date.

  o The **mediation proceedings** are strongly to be completed no later than **15 days** after the discovery cut-off date.

---

[1] In the Southern District of Illinois, all civil actions shall be automatically referred into the Court's Mediation Program except those cases that have been designated as exempt pursuant to § 2.1(B) of the Mediation Plan.

**IT IS SO ORDERED.**

**DATED: 5/1/2026**

                                                                    _____

J. Phil Gilbert
United States District Judge