# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAULA JOHNSON, ON BEHALF OF HERSELF AND CHILDREN OF ERIC JOHNSON, ET AL.,** ) ) ) ) | |
| ) | **Case No.** 3:26-CV-00384-JPG |
| ) | **CJRA Track: B** |
| **Plaintiff,** ) | **Mediation:** Yes |
| ) | **Final Pretrial Conference: 6/17/2027** |
| **vs.** ) | **Jury Trial: 06/28/2027** |
| ) | |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** ) ) | |
| ) | |
| **Defendant.** ) | |

## JOINT REPORT OF PARTIES AND
## PROPOSED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on 5/27/2026 with attorneys for the parties participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. A stipulation selecting a mediator shall be filed with the Court by 6/26/2026 (no later than **28 days** from the date the Joint Report and Proposed Scheduling and Discovery Order is submitted via email to Judge Gilbert).

2. The parties jointly propose that Initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1), shall be served on opposing parties by 6/26/2026.

3. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 shall be served on opposing parties by 6/26/2026.

4. Plaintiff's deposition shall be taken by 10/15/2026.

5. Defendant's deposition shall be taken by 10/23/2026.

1

6. Motions to amend the pleadings, including the commencement of a third-party action, shall be filed by 8/1/2026 (no later than **90 days** following the Scheduling and Discovery conference).

7. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:
   Plaintiff's expert(s): 11/13/2026.
   Defendant's expert(s): 12/15/2026.

8. Depositions of expert witnesses must be taken by:
   Plaintiff's expert(s): 1/15/2027.
   Defendant's expert(s): 2/5/2027.

9. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties anticipate a need for an ESI protocol.  The parties shall submit to the Court a proposed ESI protocol no later than 6/19/2026.

10. The **Mediation Session** shall be completed by 12/23/2026 (no later than **30 days** before the discovery cut-off).

11. **Discovery** shall be completed by 1/22/2027 (no later than **130 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

12. The **Mediation Proceedings,** including additional mediation sessions, if any, are strongly encouraged to be completed by 2/5/2027 (no later than **15 days** after the discovery cut-off).

13. All **dispositive motions** shall be filed by 2/19/2027 (no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court. Defendant Travelers believes it is possible initial discovery may identify threshold legal issues for which early, discrete motion practice may be warranted to further judicial economy.

14. The parties are reminded that, prior to filing any motions concerning discovery,

they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to resolve their dispute.  If the dispute cannot be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

DATED:  5/29/2026

| | |
|---|---|
| */s/ Steven D. Pearson* | */s/ Sarah Lynn Baltzell* |
| Steven D. Pearson, Esq. | Sarah Lynn Baltzell, Esq. |
| Johnathon C. Koechley, Esq. | Douglas S. Beck, Esq. |
| SMITH, GAMBRELL & RUSSELL, LLP | SHOOK, HARDY & BACON, LLP |
| 155 North Wacker Drive, Suite 3000 | 2555 Grand Boulevard |
| Chicago, Illinois 60606 | Kansas City, MO 64108 |
| Phone: (312) 360-6000 | Phone: 816-474-6550 |
| Fax:    (312) 360-6520 | Fax:    816-421-5547 |
| Email: sdpearson@sgrlaw.com | Email: slynn@shb.com |
|        jkoechley@sgrlaw.com |        dbeck@shb.com |

John Kennedy, Esq.
Elizabeth E. Babbitt, Esq.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Phone: 312-527-4000
Email: jkennedy@taftlaw.com
       ebabbitt@taftlaw.com

Matthew C. Wolfe, Esq.
Mehgan Etain Hayt Keeley, Esq.
SHOOK, HARDY & BACON, LLP
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Phone: (312) 704-7700
Fax:    (312) 558-1195
Email: mwolfe@shb.com
       mkeeley@shb.com

Lance D Northcutt, Esq.
Kristen Stoicescu, Esq.
Matthew L. Williams, Esq.
SALVI, SCHOSTOK & PRITCHARD, P.C.
161 North Clark Street, Suite 4700
Chicago, IL 60601
Phone: 312-372-1227
Email: lnorthcutt@salvilaw.com
       kstoicescu@salvilaw.com
       mwilliams@salvilaw.com

Attorney(s) for Defendant(s)

Attorney(s) for Plaintiff(s)